UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V., <br><br> Petitioners, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Respondents. | Case No. 18-cv-03716-VEC |

## NOTICE OF APPEARANCE

Please take notice the undersigned, of the law firm of CURTIS, MALLET-PREVOST, COLT & MOSLE LLP, hereby appears as counsel of record for Petróleos de Venezuela, S.A., PDVSA Petróleo, S.A. and Corpoguanipa, S.A., the respondents in this matter. I certify I am admitted to practice before this Court.

Dated:   New York, New York
         August 22, 2018

                                    s/ Joseph D. Pizzurro

                                    Joseph D. Pizzurro

                                    CURTIS, MALLET-PREVOST,
                                    COLT & MOSLE LLP
                                    101 Park Avenue
                                    New York, New York 10178
                                    +1 212 696 6000
                                    jpizzurro@curtis.com

                                    *Counsel for Petróleos de Venezuela, S.A., PDVSA Petróleo, S.A. and Corpoguanipa, S.A.*