UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIPS PETROLEUM COMPANY
VENEZUELA LIMITED and
CONOCOPHILLIPS PETROZUATA B.V.,

      Petitioners,

      v.

PETRÓLEOS DE VENEZUELA, S.A.,
CORPOGUANIPA, S.A., and PDVSA
PETRÓLEO, S.A.,

      Respondents.

Case No. 18-cv-03716-VEC

## WAIVER OF SERVICE AND ACCEPTANCE OF JURISDICTION

      Respondents Petróleos de Venezuela, S.A., PDVSA Petróleo, S.A. and Corpoguanipa, S.A. each hereby acknowledges and accepts service of the summons issued on April 27, 2018 in this action and the petition to confirm the arbitration award filed by the petitioners on April 26, 2018 in this action (the "Petition") along with the accompanying related documents (altogether the "Summons and Petition"), and each accepts and voluntarily consents to the jurisdiction of this Court to adjudicate the Petition and further waives any and all objections to (a) the exercise of personal jurisdiction by this Court to grant the Petition; (b) process and service of process; and (c) venue, including in each case without limitation any objection as maybe available pursuant to 28 U.S.C. § 1608 or any other applicable law or rule.

Dated:    New York, New York
           August 22, 2018

                                            s/ Joseph D. Pizzurro

                                            Joseph D. Pizzurro

                                            CURTIS, MALLET-PREVOST,
                                            COLT & MOSLE LLP
                                            101 Park Avenue

New York, New York 10178
+1 212 696 6000
jpizzurro@curtis.com

*Counsel for Petróleos de Venezuela, S.A., PDVSA Petróleo, S.A. and Corpoguanipa, S.A.*