# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200

NEW YORK
LONDON
HONG KONG
SHANGHAI
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

August 22, 2018

**BY ECF**

Hon. Valerie E. Caproni
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 443
New York, NY 10007

> **Re:** *Phillips Petroleum Company Venezuela Ltd., et al. v. Petróleos de Venezuela, S.A., et al.* **(Case No. 18-cv-3716)**

Dear Judge Caproni:

The parties to the above-captioned matter, ConocoPhillips Petrozuata B.V., Phillips Petroleum Company Venezuela Limited, Petróleos de Venezuela, S.A., PDVSA Petróleo, S.A. and Corpoguanipa, S.A., jointly write to inform the Court that the parties have reached an agreement to resolve this action. By that agreement, the parties stipulate to the entry of a judgment of this

Hon. Valerie E. Caproni, United States District Judge
August 22, 2018
Page 2

Court confirming the arbitration award at issue in this action. Accordingly, the parties hereby respectfully request the Court to enter an order and judgment as submitted by the parties herewith.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
</table>

s/ Marcus J. Green                                    s/ Joseph D. Pizzurro

Michael S. Kim                                         Joseph D. Pizzurro
Marcus J. Green

KOBRE & KIM LLP                                  CURTIS, MALLET-PREVOST,
800 Third Avenue                                     COLT & MOSLE LLP
New York, New York 10022                       101 Park Avenue
+1 212 488 1200                                        New York, New York 10178
michael.kim@kobrekim.com                      +1 212 696 6000
marcus.green@kobrekim.com                     jpizzurro@curtis.com

*Counsel for ConocoPhillips*                     *Counsel for Petróleos de Venezuela,*
*Petrozuata B.V. and Phillips Petroleum*     *S.A., PDVSA Petróleo, S.A. and*
*Company Venezuela Limited*                     *Corpoguanipa, S.A.*