# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V. </br>*Plaintiff*</br> v. </br>PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A. </br>*Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 18-CV-03716-VEC |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  08/23/2018

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/23/18__

PHILLIPS PETROLEUM COMPANY
VENEZUELA LIMITED and
CONOCOPHILLIPS PETROZUATA B.V.,

Petitioners,

v.

PETRÓLEOS DE VENEZUELA, S.A.,
CORPOGUANIPA, S.A., and PDVSA
PETRÓLEO, S.A.,

Respondents.

Case No. 18-cv-03716-VEC

**JUDGMENT**

This matter is before the Court on (1) the petition ("Petition") of Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. ("Petitioners") for an order and judgment confirming, recognizing and enforcing a final, binding arbitration award against Petróleos de Venezuela, S.A., PDVSA Petróleo, S.A. and Corpoguanipa, S.A. ("Respondents"), issued in New York, New York on April 24, 2018 by an arbitration tribunal constituted under the auspices of the International Chamber of Commerce in *Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. v. Petróleos de Venezuela, S.A., Corpoguanipa, S.A. and PDVSA Petróleo, S.A.*, Case No. 20549/ASM/JPA (C-20550/ASM), as amended by the ICC Tribunal on July 19, 2018, (the "ICC Award"); and (2) the stipulation of Petitioners and Respondents stipulating and consenting to the entry of judgment confirming the ICC Award ("Stipulation").

Upon the Petition and Stipulation and pursuant to sections 9 and 207 of the Federal Arbitration Act, 9 U.S.C. §§ 9, 207 and Article V of the United Nations Convention on the

Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38, this Court hereby:

**ORDERS, ADJUDGES AND DECREES**:

The Petition is granted; **<u>Final Money Judgment</u>** is entered in favor of Phillips Petroleum Company Venezuela Limited against Corpoguanipa, S.A. and Petróleos de Venezuela, S.A., jointly and severally, in the liquidated amount of US $1,498,399,209, plus simple interest at a rate of 3-month LIBOR, running from April 26, 2018; in favor of ConocoPhillips Petrozuata B.V. against PDVSA Petróleo, S.A. and Petróleos de Venezuela, S.A., jointly and severally, in the liquidated amount of US $434,884,356, plus simple interest at a rate of 12-month LIBOR, running from April 26, 2018; and in favor of Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. against Petróleos de Venezuela, S.A., Corpoguanipa, S.A. and PDVSA Petróleo, S.A., jointly and severally, in the liquidated amount of US $231,200.00, plus simple interest at a rate of 12-month LIBOR, running from April 26, 2018.

This Court **FURTHER ORDERS, ADJUDGES AND DECREES:**

That execution shall issue upon this judgment and that this Court retains jurisdiction over the parties and the matter for any further proceedings as may be necessary to enforce the terms of this Judgment, and to grant such other and further relief as the Court deems appropriate in the interests of justice.

ORDERED this 22nd day of August, 2018.

_____
Hon. Valerie E. Caproni
United States District Judge